**Entered on Docket**
**May 16, 2007**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INDIO PROPERTIES LTD.<br><br>Debtor(s) | BK- 87-30027 GWZ<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $1,477.24 constituting an unclaimed dividend is declared due to TIMOTHY WISSENBACK.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

TIMOTHY WISSENBACK
9837 Glenrock Drive
Las Vegas, NV 89134

###